UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVESTRE PEREZ-PAREDES (A-Number: 094-811-315),<br><br>Petitioner,<br><br>v.<br><br>WARDEN, *et al.*,<br><br>Respondents. | Case No.  1:26-cv-3356-DC-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 8) |

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 26, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 8.  Respondents filed objections to the findings and recommendations. ECF No. 9. In their objections, Respondents assert they object "[f]or the reasons set forth in Respondents' May 14, 2026 briefing." *Id.* However, Respondents' arguments were addressed by the magistrate judge in this case and have already been rejected by this court in other cases. *See Chateauneuf v. Chestnut*, No. 1:26-cv-01073-DC-JDP, 2026 WL 523695, at *5 (E.D. Cal. Feb. 25, 2026) (finding that where the government asserts a non-pretextual change in circumstance warranting a noncitizen's detention pending

1

removal proceedings, the proper remedy for the government's failure to provide the noncitizen with a pre-deprivation bond hearing is a post-deprivation bond hearing). Thus, Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

On June 1, 2026, petitioner filed a traverse in support of his petition. ECF No. 10. However, the magistrate judge already deemed the matter submitted on May 26, 2026, and it does not appear that petitioner presents any new factual allegations or evidence that would alter the magistrate judge's analysis of the appropriate relief. *See id*.; ECF No. 8 at 2. Accordingly, the court does not construe petitioner's filing as objections to the magistrate judge's findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 26, 2026, ECF No. 8, are ADOPTED;

2. The petition for writ of habeas corpus, ECF No. 1, is GRANTED;

3. Within seven days of the date of entry of this order, petitioner (A-Number: 094-811-315) shall be afforded a bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations, at which petitioner's eligibility for bond must be considered;

4. Respondents are ordered to file a status report, within five days of the bond hearing, confirming that the hearing occurred; and

5. The Clerk of the Court is ordered to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated:   **June 12, 2026**

_____
Dena Coggins
United States District Judge

2